## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ALENE HENRY, *et al.*,**

        **Plaintiffs,**

**vs.**                            **CASE NO.: 1:06-CV-008-SPM**

**NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,**

        **Defendants.**

_____/

## ORDER DISMISSING CASE WITH PREJUDICE
## AS TO CERTAIN PLAINTIFFS

Pursuant to the notices of voluntary dismissal filed individually (docs. 53, 54, 57, 58, 60, 176, 177)[1] and collectively (doc. 298), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice as to plaintiffs Cassandra Akins; Claretta Bailey; Thomas Bailey; Jacqueline Bannerman; Safi Boone;

---

[1] Valencia Boykin-Irons (doc. 54); Rosalind Brown (doc. 176); Deborah Hargrove (doc. 53) Heather Johnson (doc. 57); Shameika McClain (doc. 58); Mary Powell (doc. 177) and Tawanna Smith (doc. 60).

Pearly Bowers; Valencia Boykin-Irons; Tradena Brooks; Rosalind Brown; Connie Cash; Yolanda Cannady; Theresa Daniel; William and Latrail Denson; Sheila Douglas; Tashama Douglas; Creasie Edsall; Ruth Ellerby; Georgeanna Gaines; Nicole Gaines; Deborah Hargrove; Deanne Hill; Willene Hill; Novella Holmes; Hubert Hunt; Tammy Jenkins; Heather Johnson; Joanne Johnson; Melvina Johnson; Patricia Johnson; Elizabeth King; Henree Marlow; Shameika McClain; Chasity McCray; Deloris Moore; Charles Nelson; Kimberly Owens; Angela Payne and Clarence Smith; Taryell Peterson; Mary Powell; Victor Robinson; Carletta Smith; Schwanna Smith; Tawanna Smith; Jessica Strowbridge; Tanya Sutton; Odetta Thompson; Tara West; Karen Wilkes; Antoinette Williams; Diane Williams; Nathaniel Williams; Oliver Williams; Tanna Williams; Calbert Wright.

2.      Each party shall bear his own attorney's fees and costs.

3.      All pending motions as to these plaintiffs are denied as moot.[2]

**DONE AND ORDERED** this <u>eleventh</u> day of May, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

---

[2] Each of the following plaintiffs had a pending motion to compel:  Cassandra Akins (110); Claretta Bailey (99); Thomas Bailey (75); Jacqueline Bannerman (111); Safi Boone (112); Pearly Bowers (96); Tradena Brooks (105); Rosalind Brown (76); Connie Cash (66); Theresa Daniel (67); William and Latrail Denson (109); Sheila Douglas (104); Tashama Douglas (106); Creasie Edsall (100); Ruth Ellerby (101); Georgeanna Gaines (93); Nicole Gaines (92); Novella Holmes (69); Tammy Jenkins (70); Melvina Johnson (94); Patricia Johnson (68); Elizabeth King (78); Henree Marlow (91); Chasity McCray (90); Deloris Moore (89); Charles Nelson (77); Kimberly Owens (98); Angela Payne and Clarence Smith (79); Taryell Peterson (97); Victor Robinson (108); Jessica Strowbridge (107); Odetta Thompson (88); Tara West (86); Karen Wilkes (85); Antoinette Williams (84); Diane Williams (83); Nathaniel Williams (87); Tanna Williams (102); Calbert Wright (103).