# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ALENE HENRY,

    Plaintiff,

vs.                                    CASE NO. 1:06CV008-SPM/AK

NATIONAL HOUSING
PARTNERSHIP, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has filed a motion to compel discovery based on Defendants' failure to respond timely to discovery requests served upon them on February 21, 2007. (Doc. 304). Responses were due on March 27, 2007, but were not made until April 12, 2007. Defendants have responded to the motion and do not refute that the responses were untimely, they argue instead that their untimeliness should not operate as a waiver. (Doc. 306). The law is well settled otherwise.

Defendants' failure to file timely objections to Plaintiff's Request for Production of Documents constitutes a waiver of the objections, and Defendants must provide all requested documents which are within their possession, custody or control within the meaning of Fed. R. Civ. P. 34(a). Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); Perry v. Golub, 74 F.R.D. 360,

363 (N.D. Ala. 1976).  This includes any objection based on privilege.  Golub, 74 F.R.D. at 363.

Accordingly, it is

**ORDERED:**

1.  That Plaintiff's Motion to Compel (doc. 304) is **GRANTED**.

2.  Defendants shall within ten (10) days of the date of this order produce documents responsive to Plaintiff's Request for Production of Documents (not previously produced) served upon them on February 21, 2007, without objections.

**DONE AND ORDERED** this *18th* day of September, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:06cv008-spm/ak**