IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

    Plaintiffs,

vs.                                      CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

    Defendants.
_____/

## ORDER EXTENDING PRETRIAL DEADLINES AND TRIAL DATE

**THIS CAUSE** comes before the Court upon the "Plaintiffs' Motion for Extension of Time" (doc. 313), "Defendants' Response to Motion to Extend Time" (doc. 314), and "Plaintiffs' Amended Motion for Extension of Time" (doc. 317). Plaintiffs initially requested a sixty-day extension of time to file their expert witness reports. Then Plaintiffs amended that request and have now asked for a deadline of October 31, 2007 to file their expert witness report. The Defendants are in agreement with Plaintiffs' amended request if other pretrial and the trial date can be extended as well. Plaintiff does not appear to oppose Defendants' request.

Given the reasons stated in Plaintiffs' motion, an extension of pretrial and the trial date is reasonable. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. The amended motion for extension of time (doc. 317) is hereby *granted*.

2. Plaintiffs' expert witness reports shall be submitted on or before **October 31, 2007.**

3. Defendants' expert witness reports shall be submitted on or before **December 15, 2007.**

4. Discovery shall be completed on or before **March 19, 2008.**

5. Dispositive motions shall be filed on or before **April 8, 2008.**

6. Mediation shall be completed on or before **April 17, 2008**

7. Trial shall be set for **Monday, July 7, 2008.**

**DONE AND ORDERED** this twenty-fifth day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge