IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

       Plaintiffs,

vs.                                  CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

       Defendants.
_____/

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

**THIS CAUSE** comes before the Court upon the "Motion to Substitute Party (Cornelia Jones) and Memorandum of Law" (doc. 286) and "Notice That Defendants Have No Opposition to Plaintiff's Motion to Substitute Party (Cornelia Jones)" (doc. 291).

Plaintiff Cornelia Jones died on March 7, 2006. Nathaniel Williams was appointed the personal representative of Plaintiff Jones' estate. Williams requests leave to be substituted for Jones in this action. Defendants do not oppose this motion.

Accordingly, pursuant to Federal Civil Procedure Rule 25, it is **ORDERED**

**AND ADJUDGED** that the motion to substitute party (doc. 286) is hereby *granted.*

**DONE AND ORDERED** this <u>twenty-fifth</u> day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge