IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, et al,

    Plaintiffs,

vs.                                                                    CASE NO. 1:06CV08-SPM/AK

NATIONAL HOUSING
PARTNERSHIP, et al,

    Defendants.

                                        /

O R D E R

    Several motions filed in this case were not properly referred to the undersigned and have been pending for some time.  After reviewing the motions and other activity in this case, it appears that many of the motions can be resolved expeditiously and without a hearing, as set forth below.

    Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum (doc. 346) is unopposed, and is hereby **GRANTED**.  Jack A. Ward is ordered to comply with the subpoena duces tecum served on him on May 4, 2007, and he shall testify concerning the facts and results of his investigation as well as produce his report and investigative file.  The parties shall confer as soon as possible as to the best date and time for his deposition.

    There are two motions concerning an extension of time to submit the final report of expert witness, Dr. Andrew Beveridge.  (Docs. 313 and 347).  Insofar as Dr.

Beveridge's report was filed on November 15, 2007 (doc. 356), the motions to extend time (docs. 313 and 347) are **GRANTED NUNC PRO TUNC**.

Defendants rebuttal report shall be filed thirty days from the date of the filing of Dr. Beveridge's report or by **December 17, 2007.**

Also before the Court is Plaintiff's unopposed motion to add two expert witnesses, a subsidized housing expert and an electrical expert. (Doc. 320). The motion (doc. 320) is **GRANTED**, and Plaintiffs shall amend their expert witness list to add these two persons on or before **December 17, 2007.**

Plaintiff's Emergency Motion for Protective Order (doc. 358) is **DEEMED MOOT**. (See Doc. 359).

A ruling on the pending motions to compel (docs. 289 and 324) will be forthcoming at which time the parties will be given an opportunity to respond and advise the Court if the delay in ruling upon these pending motions has caused the need for some deadline extensions perhaps related to experts and their reports. With the trial presently scheduled for July 7, 2008, there is ample time to accommodate such extensions.

**DONE AND ORDERED** this 29th day of November, 2007.


S/A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**