IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOROTHY BESSENT,

    Plaintiff,

vs.                                  CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION

**THIS CAUSE** comes before the Court upon "Defendants' Motion to Request Fourteen (14) Days to File Their Response to Plaintiff Dorothy Bessent's 'Emergency' Motion for Reconsideration of this Court's Order Dismissing Plaintiff's Claim and Memorandum of Law" (doc. 424). Defendants request that Plaintiffs' Motion for Reconsideration (doc. 423) not be treated as an emergency motion. Defendants request the full 14 days in which to respond to the motion.

As is required by the rule Local Rule 7.1(E), which governs emergency motions, Plaintiffs did not set forth the reason for the expedited nature of their motion for reconsideration. This Court finds that Plaintiffs will not be prejudiced if

Defendants have an opportunity to respond to Plaintiffs' motion. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Defendants' motion (doc. 424) is hereby *granted*.

    2.    Defendants shall have up to and including **February 15, 2008** to file a response to Plaintiffs' motion for reconsideration.

**DONE AND ORDERED** this seventh day of February, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge