**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DOROTHY BESSENT,

       Plaintiff,

vs.                            CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

       Defendants.

_____/

**ORDER DIRECTING PROOF OF PERSONAL REPRESENTATION**

    **THIS CAUSE** comes before the Court upon Plaintiff's motion for leave to

proceed in forma pauperis.  (docs. 430 and 433)  Plaintiff wishes to appeal the

decision of this Court to dismiss her claim with prejudice (doc 408).  However, to

ensure that there is standing to proceed in this matter, Plaintiff Bessent must

have a legally appointed personal representative.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's counsel shall provide proof from a

Court of competent jurisdiction that there has been a proper appointment of the

personal representative of the estate of Dorothy Bessent.

    **SO ORDERED** this <u>twenty-sixth</u> day of February, 2008.


     *s/ Stephan P. Mickle*
                                
Stephan P. Mickle
United States District Judge