IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, et al,

    Plaintiff,

vs.                                  CASE NO. 1:06cv08-SPM/AK

NATIONAL HOUSING
PARTNERSHIP, et al,

    Defendants.

_____/

**O R D E R**

Presently before the court are the following motions: (1) Defendant's Motion for Modification of Order, seeking through January 2, 2008, to file their expert report (doc. 365); and (2) Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Compel.

Both motions (docs. 365 and 428) are unopposed and are hereby **GRANTED NUNC PRO TUNC**.

**DONE AND ORDERED** this 3rd day of March, 2008.

                                  S/ A Kornblum
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**