IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

    Plaintiffs,

vs.                                   CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP,
as general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC.,
a foreign corporation; and
APARTMENT INVESTMENT AND
MANAGEMENT COMPANY, a
foreign corporation,

    Defendants.
_____/

## ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE

**THIS CAUSE** comes before the Court upon Defendants' "Unopposed Motion for Extension of Time" (doc. 452), in which Defendants request that the deadline for filing dispositive motions be extended until two weeks after the revised discovery cutoff date, rather than the original discovery date. Plaintiffs do not oppose the granting of this motion.

The Court finds the extension to be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for extension (doc. 452) is hereby *granted*.

2. All dispositive motions shall be filed on or before **May 19, 2008**.

**DONE AND ORDERED** this eleventh day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge