**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DOROTHY BESSENT,

    Plaintiff,

vs.                                      CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

    Defendants.
_____/

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

**THIS CAUSE** comes before the Court upon Plaintiff's motion for leave to proceed in forma pauperis. (docs. 430 and 433) Plaintiff wishes to appeal the decision of this Court to dismiss her claim with prejudice (doc. 408). Upon review of the motion and financial affidavit, this Court finds that Plaintiff has met all the requirements set forth in 28 U.S.C. § 1915 and has demonstrated that she is without funds to pay for an appeal. It does not appear that the appeal is frivolous or otherwise taken without good faith.

In accordance, therefore, with 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3)(A), it is **ORDERED AND ADJUDGED** that

Plaintiff's motion to proceed in forma pauperis on appeal (doc. 430 and 433) is *granted*.

**SO ORDERED** this <u>eighteenth</u> day of March, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge