**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ALENE HENRY, *et al.*,

      Plaintiffs,

vs.                         CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

      Defendants.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE
AS TO CERTAIN PLAINTIFFS**

Pursuant to the Mediation Report (doc. 455) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby **ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice as to Plaintiffs Abrone Demps, Maggline Demps, Gail Jenkins, Nathaniel Williams, as personal representative of the Estate of Cornelia Jones, Altamease Nobles, Alverta Boston, Anginella Donaldson, Dorothy West, Tisa Roberson, Celia Lucas, and Betty Council.

2.    Each party shall bear his own attorney's fees and costs.

    3.    All pending motions as to these Plaintiffs are denied as moot.

**DONE AND ORDERED** this <u>fourth</u> day of April, 2008.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
United States District Judge