**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ALENE HENRY, *et al.*,

      Plaintiffs,

vs.                                      CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

      Defendants.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE
AS TO CERTAIN PLAINTIFFS**

Pursuant to the notices of voluntary dismissal filed individually (docs. 494, 495, 496, 497, 498, 499, 500, 501, 502, 503, 504, 505, 506, 507, and 508) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    This action is *dismissed with prejudice* as to Plaintiffs Dorothy Bessent, Alverta Boston, Betty Council, Abrone Demps, Maggline Demps, Anginella Donaldson, William Gandy, Patrina Gandy, Gail Jenkins, Cornelia Jones, Celia Lucas, Mary Moore, Altamease

    Nobles, Barbara Palmer, Tisa Roberson, Dorothy M. West, and Brenda West.

2. Each party shall bear his own attorney's fees and costs.

3. All pending motions as to these Plaintiffs are denied as moot.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of April, 2008.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge