# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ALENE HENRY, et al,**

    **Plaintiff,**

vs.                                      **CASE NO. 1:06cv08-SPM/AK**

**NATIONAL HOUSING,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action are the following motions: Plaintiffs' Motion to Shorten Time to Produce Documents Responsive to Plaintiffs' Eleventh Request for Production (doc. 492); Defendants' Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel re-Eighth Request for Production (doc. 513); Plaintiffs' Request for Leave to Reply to the response filed to Plaintiffs' Motion for Reconsideration.  (Doc. 514); and Joint Motion for Extension of Time to Complete Discovery. (Doc. 515).

<u>Motion to Shorten Time (doc. 492)</u>

Plaintiffs represented that they served an Eleventh Request for Production of Documents on April 21, 2008, following the depositions on April 16, 2008, and April 18, 2008, of Patricia Bowen and Patti Schwayder during which the requested documents were referenced.  Defendants responded that they never received an Eleventh Request

for Production of Documents and were told upon inquiry with Plaintiffs' counsel that no such request could be found.  (Doc. 516).  In light of this, and the fact that the parties have sought an extension of the discovery deadline which did not include or reference service of an Eleventh Request for documents, the motion (doc. 492) is **MOOT**.

<u>Defendants' Unopposed Motion for Extension of Time (doc. 513)</u>

Defendants seek a second extension of time to respond to the pending motion to compel (doc. 479), which is unopposed.  (Doc. 513).  Defendants' having filed the response (doc. 517), the motion is **GRANTED NUNC PRO TUNC**.

<u>Motion for leave to file a reply (doc. 514)</u>

Plaintiff seek leave to file a reply in response to the motion for reconsideration pending since April 8, 2008.  Said motion is **GRANTED**, and the reply shall be filed on on or before **May 13, 2008.**

<u>Motion to Extend Discovery (doc. 515)</u>

The parties seek to extend the discovery deadline of May 5, 2008, for the limited purpose of taking two depositions.  The motion (doc. 515) is **GRANTED**, and the discovery deadline is extended through **May 13, 2008.**

**DONE AND ORDERED** this 6th day of May, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:06cv08-SPM/AK**