IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

    Plaintiffs,

vs.                                         CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP, as
general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC., a
foreign corporation; and APARTMENT INVEST-
MENT AND MANAGEMENT COMPANY, a
foreign corporation,

    Defendants.

_____/

## ORDER EXTENDING PRETRIAL DEADLINES AND TRIAL DATE

THIS CAUSE comes before the Court upon the "Joint Emergency Motion to Reset Trial and to Set Dates for Pretrial Compliance" (doc. 580). Given the reasons stated in the joint motion, a continuance for the trial and an extension of pretrial deadlines is reasonable. It is therefore

ORDERED AND ADJUDGED as follows:

1.     The emergency motion for extension of time (doc. 580) is hereby ***granted***.

2.     Plaintiff's shall respond to Defendants' Motion for Summary Judgment on or before **Monday, June 16, 2008.**

3. Pretrial disclosures shall be submitted on or before **August 4, 2008**.

4. Trial shall be set for **Tuesday, September 2, 2008** in Gainesville, Florida.

DONE AND ORDERED this <u>sixth</u> day of June, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge