## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

    Plaintiffs,

vs.                                  CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP,
as general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership; NHP MANAGEMENT, INC.,
a foreign corporation; and APARTMENT
INVESTMENT AND MANAGEMENT
COMPANY, a foreign corporation,

    Defendants.

_____/

## ORDER ENLARGING TIME

Pending before the Court is the Joint Emergency Motion (doc. 603) to extend the time for Plaintiffs to respond to pending motions and to allow Defendants time to seek leave to file replies.  Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1.    The motion (doc. 603) is ***granted***.

2.    Plaintiffs shall have up to and including ***Monday, June 23, 2008***, to file their responses to the pending motions for summary judgment and Daubert motion.

3. Defendants shall have up to and including **Monday, July 7, 2008**, to seek leave to file any replies.

DONE AND ORDERED this <u>thirteenth</u> day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:06-CV-008-SPM