IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE HENRY, *et al.*,

       Plaintiffs,

vs.                               CASE NO.: 1:06-CV-008-SPM

NATIONAL HOUSING PARTNERSHIP,
as general partner of KENNEDY HOMES
LIMITED PARTNERSHIP, a Florida
partnership, *et al.*,

       Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is the parties' joint stipulation to withdraw Defendants' Daubert motion, document 577 (doc. 609).  There is an accompanying motion for hearing at document 578 on the court docket.  The Court finds that there is no need for a hearing on a motion that is now being withdrawn.  Therefore, document 578 shall be denied as moot.  Stipulations by the parties have now rendered both of these motions moot.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The motion to withdraw (doc. 609) is **granted**.

2.  The motion to exclude expert testimony (doc. 577) is **deemed withdrawn**.

3.  The motion for a Daubert hearing (doc. 578) is **denied as moot**.

4.  Defendants request to withdraw their motion to strike the report entitled "The Relationship of the condition of Section 8 Project Based Housing Complexes Managed by Apartment Investment and management Company and the Racial Composition of those Projects" (doc. 473)[1] is **granted**

DONE AND ORDERED this twenty-seventh day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

---

[1] The entire motion to strike expert reports (doc. 473) is not withdrawn. Only Defendants' objection to the report specifically named above is being withdrawn.