IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALENE A. HENRY, et al.

   Plaintiff,

v.             CASE NO.: 1:06-CV-8-SPM/AK

NATIONAL HOUSING PARTNERSHIP,
et al.,

   Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Mediation Disposition Report" (doc. 653), which advises that the parties have settled all issues in this case. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this twenty-fifth day of August, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge